**ANDREW E. PASSMORE, OSB #106704**
drewpassmore@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BRIAN GINGERICH,**<br><br>                              **PLAINTIFF**,<br><br>      v.<br><br>**NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,**<br><br>                              **DEFENDANT**. | Case No. 18-1501<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Page 1 – CORPORATE DISCLOSURE STATEMENT

4822-2609-6751v.1 0050033-000393

Defendant The Northwestern Mutual Life Insurance Company hereby submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.  The Northwestern Mutual Life Insurance Company is not owned by any other entity and no corporation owns more than 10% of its stock.

DATED this 14th day of August, 2018.

**DAVIS WRIGHT TREMAINE LLP**

By: s/ Andrew E. Passmore
Andrew E. Passmore, OSB #106704
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299
drewpassmore@dwt.com

Attorneys for Defendant

Page 2 – CORPORATE DISCLOSURE STATEMENT

4822-2609-6751v.1 0050033-000393

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2018, a copy of the foregoing was served on the following individual(s):

>John C. Shaw
>Megan E. Glor
>Attorneys at Law, PC
>707 NE Knott, Suite 101
>Portland, OR 97212
>Telephone: 503-223-7400
>Facsimile: 503-751-2071
>Email: john@meganglor.com
>       megan@meganglor.com
>
>Of Attorneys for Plaintiff

☒   by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. Mail at Portland, Oregon.

*Mae Harris* (signature)
Mae Harris

Page 1 – CERTIFICATE OF SERVICE

4822-2609-6751v.1 0050033-000393

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax